**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **GARY THOMPSON AND JACOB THOMPSON** <br> **Plaintiffs,** | **CIVIL ACTION: 4:2010-mc-00022** |
| **VERSUS** | **JUDGE:   JAMES M. MOODY** |
| **FLINTROCK FEEDERS, LTD, NEXUM MANAGEMENT, LLC, LAZY V RANCH, LLC, AND LINDY "BUD" BOSTIC** <br> **Defendants** | **MAGISTRATE:** |

## ORDER

The Premises considered,

**IT IS ORDERED** that Plaintiffs' Application for a Writ of Garnishment be granted, and the Clerk of the Court shall issue a Writ of Garnishment for **STEPHENS, INC.**, 111 West Markham Street, Little Rock, Arkansas 72201-1507 and **BANK OF THE OZARKS** of 17901 Chenal Parkway, Little Rock, Arkansas 72223-5831; and that garnishees be caused to answer the interrogatories attached hereto.

SIGNED at Little Rock, Arkansas this  11  day of November, 2010.

_____
JUDGE